IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KEITH JOSEPH | § | |
| | § | |
| VERSUS | § | |
| | § | |
| RDL ENERGY SERVICES, LP, | § | 1:06-CV-0749 |
| HORIZON OFFSHORE | § | |
| CONTRACTORS, INC., HORIZON | § | RULE 9(h) ADMIRALTY |
| OFFSHORE, INC., SEAFARER BOAT | § | |
| CORPORATION AND WEATHERFORD | § | |
| SERVICES, INC. | § | |

## CERTIFICATE OF INTERESTED PARTIES OF DEFENDANT, RDL ENERGY SERVICES, LP

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case:

1. Plaintiff, Keith Joseph

2. Defendant, RDL Energy Services, LP

3. Defendant, Horizon Offshore Contractors, Inc.

4. Defendant, Horizon Offshore, Inc.

5. Defendant, Weatherford Services, Inc.

6. Defendant, Seafarer Boat Corporation

Respectfully submitted,

/s/ Edward S. Johnson
EDWARD S. JOHNSON (#10710990)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras St., Suite 4700
New Orleans, Louisiana  70139-7708
Telephone: (504) 528-3001
Fax: (504) 528-3030
Attorneys for RDL Energy Services, LP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing. Service on any party or counsel who is not a Filing User was accomplished via Email, Facsimile, or U.S. First Class Mail, in accordance with the Federal Rules of Civil Procedure on this 22nd day of January, 2007.

/s/ Edward S. Johnson

2